UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA TOENSING, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 24-2444 (APM) |

**JOINT STATUS REPORT**

Now comes the Plaintiff, Victoria Toensing, and the Defendant, the United States Department of Justice ("Department"), by and through undersigned counsel, and hereby submit this initial Joint Status Report pursuant to the Court's October 29, 2024 Minute Order in this Freedom of Information Act ("FOIA") case.

This matter involves two FOIA requests dated June 20, 2024 and July 15, 2024. The first request seeks documents that include the name/keyword "Toensing" and were in the custody of six current or former Department employees for the period July 1, 2019 through December 31, 2019. The second request seeks the same information from the same custodians but for the period January 1, 2020 through June 30, 2020.

The Department has completed an initial search for records and located potentially responsive records within the United States Attorney's Office for the Southern District of New York. The Department is now reviewing those records, determining responsiveness, what information is releasable to the plaintiff, and if other supplementary searches are necessary. Defendant will start processing no less than 250 pages a month and produce the first interim response to the Plaintiff by January 10, 2025. Defendant is requesting the January date to produce

the first response to account for any potential consultation and coordination requests, or referrals that may be necessary before the first response is provided to the Plaintiff.

Defendant does not anticipate the need for an *Open America* stay.

The parties do not believe that the matter is ripe for summary judgment briefing at this time.

Defendant requests that another Joint Status Report be filed on January 17, 2025 to update the court on the Status of the processing of the Plaintiff's FOIA requests.

Plaintiff's position is as follows:

1. This Court's Minute Order dated October 29, 2024 required the Department of Justice to provide information including "the anticipated number of documents responsive to Plaintiffs FOIA request." Notwithstanding this requirement, and the similar requirement in *Citizens for Responsible Ethics in Washington v. Federal Election Commission*, 711 F.3d 180, 186 (D.C. Cir. 2013) (explaining that a "determination" entails providing an estimate of the volume of responsive records) the Department of Justice has not provided any estimate of the number of records which are at issue in this case. An estimate of the number of responsive records is likely helpful in terms of scheduling this case or determining whether any narrowing of the request is necessary or appropriate. Plaintiff first reached out to Defendant to request this information on October 29, 2024. Thus far, Defendant has not responded.

2. The Department of Justice's proposed processing schedule (250 pages of records per month, beginning in January 2025) is unreasonably dilatory and fails to account for the fact that DOJ has produced no records at all from the time the underlying FOIA requests were filed in June and July, respectively. Moreover, this Court has found in

another recent case against the Department of Justice that 500 pages per month is the correct processing rate in light of DOJ's current backlog of FOIA requests and processing abilities. *Martinez v. DOJ*, 2023 U.S. Dist. LEXIS 235567, *4 (D.D.C. 2023) ("Accordingly, this Court—like many others before it—finds 500 pages per month to be reasonable under the circumstances.").

3. In light of the above, Plaintiff's position is that this Court should order Defendant to provide an estimated volume of responsive records in this case prior to November 26, 2024. Plaintiff's position is that DOJ should either engage in substantive conferrals with Plaintiff as to the number and nature of responsive records, as well as the volume of responsive records with reference to the date range of the underlying requests, so that the parties can discuss whether any narrowing of the request is feasible or advantageous. Alternatively, this Court should require DOJ to begin rolling productions of records at the rate of 500 pages per month.

Dated: November 12, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Thomas W. Duffey_____
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

*/s/ Matthew D. Hardin*

- 4 -

    MATTHEW D. HARDIN, D.C. Bar # 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
(202) 802-1948
MatthewDHardin@protonmail.com