UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA TOENSING,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 24-2444 (SPL) |

**JOINT STATUS REPORT**

Now comes the Plaintiff, Victoria Toensing, and the Defendant, the United States Department of Justice ("Department"), by and through undersigned counsel, and hereby submit this initial Joint Status Report pursuant to the Court's December 23, 2024 Minute Order in this Freedom of Information Act ("FOIA") case.

This matter involves two FOIA requests dated June 20, 2024 and July 15, 2024. The first request seeks documents that include the name "Toensing" and were in the custody of six current or former Department employees for the period July 1, 2019 through December 31, 2019. The second request seeks the same information from the same custodians but for the period January 1, 2020 through June 30, 2020.

The Department also expanded its search through June 30, 2021 due to a subsequent similar request made by Plaintiff.

The Department has completed initial and supplemental searches for records in response to Plaintiff's FOIA requests and located potentially responsive records within the United States Attorney's Office for the Southern District of New York. The searches have resulted in an extremely large number of potentially responsive records. Given that the request is for records

that include the name "Toensing", the Department has informed Plaintiff that approximately 500,000 pages of potentially responsive records have been located.

The parties had a meet and conferred today via telephone to discuss potential ways to narrow the volume of responsive records.

The parties have tentatively agreed, subject to revision if the results of the search are not as anticipated, that DOJ may initially limit the search to records held by the two United States Attorneys in the SDNY during the relevant time-period, Jeffrey Berman and Audrey Strauss, which should accelerate the review process. This should also reduce the number of potentially responsive documents.

The Department has advised Plaintiff that de-duplication of the records needs to be undertaken, and that the process may take 45 days to complete given the number of records. This may further reduce the number of potentially responsive documents.

The parties agree that the Department may treat as non-responsive any records originating in the Federal Elections Commission and any media report or other publicly-available document.

Based on the meet and confer, the Department will revise the search for the time being to include the two United States Attorneys for the SDNY, and proceed with the de-duplication process, and apprise Plaintiff of the number of potentially responsive documents.

The parties request that the next Joint Status Report be filed in 60 days, on or before March 10, 2025, to update the Court on the status and the processing of Plaintiff's FOIA request.

| | |
|---|---|
| Dated: January 10, 2025<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division |

- 3 -

By: _____/s/ Thomas W. Duffey_____
     THOMAS W. DUFFEY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2510

*Attorneys for the United States of America*

*/s/ Matthew D. Hardin*
MATTHEW D. HARDIN, D.C. Bar # 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
(202) 802-1948
MatthewDHardin@protonmail.com