UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VICTORIA TOENSING,<br><br>            Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF JUSTICE,<br><br>            Defendant. | Civil Action No. 24-2444 (SLS) |

**JOINT STATUS REPORT**

Now comes the Plaintiff, Victoria Toensing, and the Defendant, the United States Department of Justice ("Department"), by and through undersigned counsel, and hereby submit this Joint Status Report pursuant to the Court's May 27, 2026, Minute Order. This report follows a June 18, 2026 meeting of the parties and their counsel at the U.S. Attorney's Office in Washington, D.C.  In attendance at the meeting were undersigned counsel, Plaintiff Victoria Toensing and her husband, Joseph diGenova, and Patrice Parker Hale from the Department of Justice.

**Defendant's Statement**

The Department represents that it has completed its review and has processed in excess of 41,000 pages.  There remain outstanding 29 pages that need to be returned from the Office of Information Policy, which are expected to be returned by the middle of next month.

The Department anticipates providing a *Vaughn* index to Plaintiff addressing approximately 1,000 pages withheld in full pursuant to FOIA Exemptions, and certain partially redacted records to which Plaintiff has conveyed its challenges. This *Vaughn* will be provided to Plaintiff by July 31, 2026, as contemplated by this Court's May 18, 2026 Minute Order.  The Department is not claiming that records at issue in this case are classified.

- 1 -

**Plaintiff's Statement**

Plaintiff appreciates the opportunity to confer with the Department and its counsel on June 18, 2026. As previously indicated, Ms. Toensing recently began serving as Deputy Chief for Civil Rights in the Criminal Section, of the United States Attorney's Office for the Southern District of Florida, and Ms. Toensing has extensive obligations in that District related to a grand jury proceeding. The brief postponement of the conferral allowed Ms. Toensing to better serve our country's pressing interests in effective and efficient criminal justice. The June 18, 2026 meeting in D.C. was productive in terms of allowing the parties to better understand their respective positions and to agree on a path forward for this litigation.

As indicated at ECF No. 22, Plaintiff has received less than 200 pages of records, such that Plaintiff has difficulty understanding how 41,000 pages were processed with so few pages produced. The Department has now clarified that it withheld in full approximately 1,000 pages of records. Still, the Department apparently asserts that approximately 40,000 pages of records were non-responsive to Plaintiff's FOIA request. Plaintiff reserves the right to challenge the accuracy of Defendant's assertions as to the volume of responsive records on summary judgment.

As to records the Defendant acknowledges withholding, Plaintiff challenges all withholdings in full and has conveyed particular challenges to partial withholdings/redactions. The parties anticipate they will confer further as to whether that position changes once a *Vaughn* index is received on or about July 31, 2026.

**<u>Joint Request</u>**

The Parties request that the following schedule govern further proceedings in this matter:

1. A *Vaughn* index shall be provided to Plaintiff on or before July 31, 2026. The *Vaughn* shall include any redactions in the remaining 29 pages that have yet to be produced to Plaintiff.

2. Defendant shall file its Motion for Summary Judgment, and any supporting Declaration(s),

on or before September 30, 2026.

3. Plaintiff shall file its opposition to Defendant's Motion for Summary Judgment, and a cross-motion if appropriate, on or before October 30, 2026.

4. Defendant shall file its Reply on or before November 30, 2026.

5. If Plaintiff has cross-moved, Plaintiff's final Reply shall be due on or before December 23, 2026.

Dated: June 25, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*


*/s/ Matthew D. Hardin*
MATTHEW D. HARDIN, D.C. Bar # 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
(202) 802-1948
MatthewDHardin@protonmail.com