UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTORIA TOENSING,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 24-2444 (SLS)

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States Department of Justice ("DOJ" or "Defendant"), by and through undersigned counsel, respectfully moves for an extension, until October 5, 2026, within which to file its motion for summary judgment in this Freedom of Information Act ("FOIA") case. Pursuant to the Minute Order of the Court dated June 26, 2026, Defendant's motion for summary judgment is due on September 4, 2026.

Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with counsel for Plaintiff regarding the relief requested in this motion and he kindly assented.

This is Defendant's first request for an extension of the date for the filing of the motion for summary judgment.

**ARGUMENT**

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). "A schedule may be modified only for good cause and with the judge's consent."

Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Good grounds exist for the granting of this motion pursuant to Fed. R. Civ. P. 6(b)(1), and this Court should use its broad discretion to extend the date for the filing of Defendant's motion for summary judgment.

First, there is an active case in the District of Maryland where the Government has taken the position in a pending motion that certain material regarding this Plaintiff should be unsealed, and much of that material Plaintiff seeks in the instant FOIA action. Defendant has provided a *Vaughn* index as ordered by the Court but depending on how the Maryland District Court decides the motion to unseal, i.e., if the court concurs with the government's position, Defendant in this case would need to lift many redactions that are presently referenced in the *Vaughn* index. Proceeding as to summary judgment given this development would not be a fruitful use of counsel's time or the Court's.

Second, as is the case with all AUSAs in the Office's Civil Division, undersigned counsel is handling a very burdensome workload. Indeed, the present workload situation is the most burdensome it has been in counsel's more than five and one half years with the office, and it is difficult to keep pace with all required filings and other litigation duties. Also, the Division is inundated with many new cases and AUSAs receive new case assignments on a weekly basis. Given the workload, it is not always possible to adhere to filing deadlines, particularly initial filing deadlines such as summary judgment in this case. Due to matters and deadlines in many other pending cases and assignment of new cases, undersigned counsel and the Agency requests additional time to prepare a motion for summary judgment.

Defendant proposes this extension in good faith and not for the purpose of delay.

No party will be prejudiced by the granting of this motion as Plaintiff has consented and there is a potential that some of the documents at issue here may be unsealed per the motion pending in the District of Maryland.

Due to the foregoing, it is respectfully requested that the Defendant be granted additional time to file its motion for summary judgment.

A proposed order is attached.

Dated: August 31, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA TOENSING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-2444 (SLS) |

**[PROPOSED] ORDER**

This matter, having come before the Court on the consent motion of the Defendant to extend the time for the filing of a motion for summary judgment and the Court having considered the motion, and the entire record herein, the motion is GRANTED, and it is

ORDERED, that the Defendant shall file its motion for summary judgment on or before October 5, 2026.

SPARKLE S. SOOKNANAN
United States District Judge