UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA TOENSING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-2444 (SLS) |

**DEFENDANT'S NOTICE TO THE COURT**

Defendant, the United States Department of Justice ("DOJ" or "Defendant"), by and through undersigned counsel, respectfully submits this notice to the Court pursuant to the Court's Minute Order dated August 31, 2026.

Defendant has pending before the Court a consent motion to extend the time to file summary judgment (ECF No. 26). This request is primarily due to an active case in the United States District Court for the District of Maryland, *In the Matter of the Search of 5807 Hillburne Way, Chevy Chase, MD, 20815*, Case No. 8:21-mj-01202-GLS, where the Government has taken the position in a pending motion that material regarding this Plaintiff should be unsealed, and much of that material Plaintiff also seeks in the instant FOIA action.

Defendant has provided a *Vaughn* index as ordered by this Court but depending on how the Maryland District Court decides the motion to unseal, i.e., if the court concurs with the Government's position, Defendant in this case would need to lift many redactions that are presently referenced in the *Vaughn* index and produce records and information being withheld.

The Court has ordered a notice indicating how many records in the *Vaughn* index would be implicated based on the pending sealing decision. The *Vaughn* index consists of 143 documents

and 1,243 pages. Pursuant to the Defendant, a significant number of documents identified in the *Vaughn* index, and most likely all of them, are likely to be implicated by the pending sealing decision. Defendant will be required to review each document in the *Vaughn* index and compare it to what may be released pursuant to the decision in Maryland.

Dated: August 31, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*