✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

1:27 pm, Sep 22 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY M.G. Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

In the Matter of the Search of
5807 HILLBURNE WAY, CHEVY CHASE, MD 20815.

Case No. GLS-21-1202

**ORDER GRANTING MOTION TO INTERVENE AND UNSEAL AND PERMITTING PROPOSED REDACTIONS**

Pending before the Court is "Victoria Toensing's and Judicial Watch, Inc.'s Combined Motion to Intervene and Unseal Search Warrant Materials," ("the Motion") (ECF No. 6), filed by Victoria Toensing and Judicial Watch, Inc. ("the Movants"). The United States does not oppose intervention, but requests seven days to file proposed redactions to the Search Warrant Materials "to ensure the personal privacy interests of federal agents, prosecutors, and third parties who have not consented to disclosure." (ECF No. 16, p. 5, n.2). The Movants filed a reply, requesting that the government "also provide them with an index identifying its proposed redactions and a particularized justification for each redaction to allow Movants to evaluate the proposed redactions." (ECF No. 19). The Movants also ask for an order directing the Movants and the United States to meet and confer about the proposed redactions. (*Id.*). The United States opposes any requests requiring them to submit an index of proposed redactions and to confer with the government about this same. (ECF No. 22).

Having reviewed the aforementioned filings, and noting that Movants and the United States concur that the Motion should be granted, the Court hereby GRANTS the Motion to Unseal and Intervene. The Court finds that the common light of access to judicial records and documents tilts towards unsealing the search warrant materials.

The Court next finds that the Movants' Reply does not contain any caselaw or argument

to support their requests for an index and to meet and confer. Put another way, Movants have not particularized a specific interest in or right to view proposed redactions related to the third party information of federal agents, prosecutors or anyone else who has not consented to disclosure. Thus, the Court declines to order the government to provide the Movants with an index of proposed redactions, and the Court declines to order the United States to discuss proposed redactions with the Movants.

Accordingly, the Court further ORDERS that the United States is permitted to file proposed redactions under seal no later than seven days following the date of this Order.

IT IS SO ORDERED.

September 22, 2026

/s/
Honorable Gina L. Simms
United States Magistrate Judge