UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTORIA TOENSING,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 24-2444 (SLS)

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Rachel Knight and remove the appearance of Assistant United States Attorney Thomas W. Duffey as counsel for Defendant U.S. Department of Justice in the above-captioned case.

Dated: October 8, 2026

Respectfully submitted,

By: *\/s/ Rachel Knight*

RACHEL KNIGHT
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
202-679-6161
rachel.knight@usdoj.gov

*Attorney for the United States of America*